**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: February 24, 2023  
Docket #: 22-1790cv  
Short Title: Kinnin v. Skidmore College  

DC Docket #: 19-cv-629  
DC Court: NDNY (SYRACUSE)  
DC Judge: Dancks  
DC Judge: Sharpe  

## NOTICE OF DEFECTIVE FILING

On February 23, 2023, the BRIEF, SUPPLEMENTAL APPENDIX, volumes 1-5, [62], [63], [64], [65], [66], [67], on behalf of Appellee Skidmore College, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*  
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*  
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*  
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*  
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*  
_____ Improper proof of service *(FRAP 25)*  
    _____ Missing proof of service  
    _____ Served to an incorrect address  
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*  
_____ Failure to submit document in digital format *(Local Rule 25.1)*  
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable  
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*  
_____ Failure to file special appendix *(Local Rule 32.1)*  
_____ Defective cover *(FRAP 32)*  
    _____ Incorrect caption *(FRAP 32)*  
    _____ Wrong color cover *(FRAP 32)*  
    _____ Docket number font too small *(Local Rule 32.1)*  
**\_\_X\_\_ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)***  
_____ Incorrect font *(FRAP 32)*  
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*  
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*

_____	Untimely filing
_____	Incorrect Filing Event
\_\_**X**\_\_\_	**Other: Please use the original filing events. Do not use the "corrected document" filing event.**

      Please cure the defect(s) and resubmit the document, with the required copies if necessary, **no later than 2/27/2023**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

      Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8543.